UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:15-CR-0049-CDP/DDN |
| SEDINA HODZIC, | ) |
| Defendant. | ) |

## ENTRY OF ATTORNEY APPEARANCE

COMES NOW Attorney Susan S. Kister, and enters her appearance on behalf of Defendant Sedina Hodzic in the above-referenced case.

Respectfully submitted,

/s/Susan S. Kister

Susan S. Kister, #37328MO
6221 Northwood Avenue
St. Louis, Missouri 63105
(314) 616-0311
skister@kisterlaw.com

## Certificate of Service

I certify that on this 25th day of February, 2016, the foregoing was filed electronically with the Clerk of the Court by operation of the Court's electronic filing system upon all counsel of record.

/s/Susan S. Kister

1