IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 4:15CR49 CDP/DNN |
| ) | |
| SEDINA HODZIC, ) | |
| ) | |
| Defendant. ) | |

### DEFENDANT'S MOTION TO FILE DOCUMENTS UNDER SEAL

COMES NOW Defendant Sedina Hodzic, by and through counsel, and hereby moves the Court for leave to file her Motion for Reconsideration of Attorney Appointment, and the Phase I *Ex Parte* Motion for Approval of Litigation Budget, under seal.

.

/s/Paul J. D'Agrosa
Paul J. D'Agrosa, #36966MO
LAW OFFICES OF
WOLFF & D'AGROSA
7710 Carondelet, Suite 200
Clayton, Missouri 63105
Telephone: (314) 725-8019
Facsimile:  (314) 725-8443
Email: paul@wolffdagrosa.com

### CERTIFICATE OF SERVICE

      I hereby certify that on the 29th of March, 2016, the foregoing was filed electronically with the Court Clerk by operation of the Court's electronic filing system.

      /s/Paul J. D'Agrosa