UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:15-CR-0049-CDP/DDN |
| | ) | |
| SEDINA HODZIC, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO WITHDRAW

COMES NOW Attorney Susan S. Kister, and moves to withdraw as counsel in the above-referenced case. In support of her motion, Attorney Kister states that she has accepted a position as staff attorney with the Eighth Circuit Court of Appeals and must, therefore, cease the active practice of law in all other matters.

WHEREFORE, undersigned counsel respectfully moves to withdraw and to be relieved of her appointment in the above-referenced case.

Respectfully submitted,

/s/Susan S. Kister

Susan S. Kister, #37328MO
7524 Hoover Avenue
St. Louis, Missouri 63117
(314) 616-0311
skister@kisterlaw.com

**Certificate of Service**

1

  I certify that on this 20th day of November, 2016, the foregoing was filed electronically with the Clerk of the Court by operation of the Court's electronic filing system upon all counsel of record.

                     /s/Susan S. Kister