THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | No. 4:15CR0049 CDP/DDN |
| vs. ) | |
| ) | |
| SEDINA UNKIC HODZIC, ) | |
| Defendant. ) | |

**DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE
RELATED TO RAMADAN**

COMES NOW Defendant, Sedina Hodzic, by and through counsel and hereby requests this Court enter an Order modifying the conditions of her release, to allow Ms. Hodzic additional time out of her home to observe Ramadan. In support thereof, Ms. Hodzic states as follows:

1. The Order Setting Conditions of Release (Doc. #158) was entered on May 5, 2015.

2. Ms. Hodzic secured bail and is currently being supervised by the U.S. Pretrial Services Office.

3. Ms. Hodzic is fully compliant with the conditions of release.

4. Ms. Hodzic again seeks a modification/expansion of this Court's order, specifically Condition (p)(ii), which restricts Ms. Hodzic to her residence except for specific activities, such as religious services.

5. The Muslim holiday of Ramadan begins on May 15, 2018 and ends on June 16, 2018. Ms. Hodzic Ms. Hodzic is seeking permission to leave her residence at 8 p.m.

1

during the holy month, in order to break her fast at the Islamic Center of South County, 627 Forder Road. Following the mean, Ms. Hodzic seeks permission to remain at the center for the evening prayer service which begins at 10 pm. Ms. Hodzic would therefore need permission to remain out of her residence from 8 pm until 1:00 am during Ramadan.

6. Ms. Hodzic will coordinate with her pretrial services officer as to the dates she will attend Ramadan services.

7. This Court has in years past, including in 2017, granted Ms. Hodzic permission to attend Ramadan services in exactly this fashion.

WHEREFORE for the foregoing reasons Ms. Hodzic requests this Court enter an Order modifying her conditions of release to allow her to break her fast and attend prayer services during the month of Ramadan.

Respectfully Submitted,

__/s/ Kim C Freter_____
Kim C. Freter #47777MO
Attorney at Law
225 S. Meramec, Ste 1100
Clayton, Missouri 63105
Telephone:  (314) 721-6565
Facsimile:   (314) 269-1042
kimfed@freterlaw.com

ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing was delivered to all parties via the Court's electronic filing system on this 8th day of May, 2018.

__/s/ Kim C Freter_____
Attorney for Defendant

2