

U.S. Department of Justice

Justice Management Division

*Security and Emergency Planning Staff*

Washington, D.C. 20530

The Honorable Catherine D. Perry
United States District Court
  for the Eastern District of Missouri
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street
St. Louis, MO  63102

       RE:    *United States v. Hodzic, et al* (4:15-cr-00049)

Dear Judge Perry:

Pursuant to paragraph two of the "REVISED SECURITY PROCEDURES ESTABLISHED PURSUANT TO PUB. L. 96-456, 94 STAT. 2025, BY THE CHIEF JUSTICE OF THE UNITED STATES FOR THE PROTECTION OF CLASSIFIED INFORMATION," I recommend Ms. Debra M. Guerrero-Randall, Security Specialist, for the position of Classified Information Security Officer in the above-captioned case.  I also recommend Security Specialists Daniel O. Hartenstine, Joan B. Kennedy, William K. Lowry, Shawn P. Mahoney, Maura L. Peterson, Carli V. Rodriguez-Feo, Harry J. Rucker and Winfield S. "Scooter" Slade as alternate Classified Information Security Officers.  In addition, I certify that the above-mentioned individuals are cleared for the level and category of classified information that will be involved in this litigation.  Their duties will include responsibilities to the court for information, physical, personnel, and communications security, as well as any other pertinent duties as outlined in the above-cited procedures.

If you have any questions please do not hesitate to contact me at (202) 514-2094, or Joan B. Kennedy, Associate Director at (202) 514-9016.

Sincerely,

*Joan B Kennedy* (for)

James L. Dunlap
Department Security Officer